Exhibit 2

| US8515386B2 | LifeStation Sidekick Smart ("The accused product") |
|---|---|
| 1. A method for determining the physical location of a VoIP phone and transmitting the physical location to an emergency services call center or the like, the method comprising: | The accused product discloses a method (e.g., emergency assistance, Hard fall detection, etc.) for determining the physical location (e.g., current location) of a VoIP phone (e.g., the accused product) and transmitting (e.g., automatically sending) the physical location (e.g., current location) to an emergency services call center (e.g., 24/7 emergency service centre, LifeStation monitoring centre, etc.) or the like.<br><br>As shown, the accused product includes 4G LTE calling feature thereby acting as a VOIP phone. The accused product also includes an emergency help button, a Hard Fall detection feature, etc. When the emergency help button is pressed for 5 seconds or a fall incident is detected via its sensors, a call is automatically placed to an emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring centre, etc. The current location of the accused product is then determined using location services such as GPS, Wi-Fi, Bluetooth network, etc., and is automatically transmitted to the emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring centre, etc. |



https://www.lifestation.com/pdp-sidekick-smart/

About  |  **Full Technical Specs**

- Built-In Speaker
- Bluetooth
- 4G Lite
- Built-In Lithium Battery
- Screen size 1.82 inch
- LCD screen 360 x 320 high resolution, capacitive touch.
- Case size 47mm
- 24mm Band with spring pin
- Watch band circumference-smallest setting (7 inches) to largest setting (9 inches)
- For use in the United States only

https://www.lifestation.com/pdp-sidekick-smart/



https://www.pcmag.com/reviews/lifestation-sidekick-smart

**About** | Full Technical Specs

LifeStation Sidekick Smart comes equipped with the following features:

- 4G Network – Includes 4G LTE cellular data connection that operates nationwide.
- Heart Rate Monitor – Built-in heart rate monitor allows you to check your heart rate anytime.
- Pedometer – Built-in pedometer tracks your steps, helping you live a more active, healthy lifestyle.
- GPS – GPS positioning pinpoints your exact location to send emergency services when needed.
- Water Resistant – Water-resistant for use in the shower, while washing hands, watering plants, etc.
- 2-Way Communication – Allows you to speak with our US-based Emergency Monitoring Center by talking directly into the watch.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.youtube.com/watch?v=3vt5-xfVrK0

**Medical Alert Smartwatch (e.g., LifeStation's Sidekick Smart)**

- Looks and feels like a modern smartwatch — clean design, discreet on the wrist
- Offers built-in fall detection, GPS tracking, and 2-way voice communication
- Can include step tracking and heart rate monitor
- Needs regular charging, typically every 1–2 days
- Best for parents who are tech-comfortable and won't resist wearing a wrist device

Example: Your mom walks every morning and likes keeping track of her steps. She's used to wearing a Fitbit. The **Sidekick Smart** gives her the same feel — but now, if she slips on the sidewalk, the device can automatically call for help and tell responders exactly where she is.

https://www.lifestation.com/how-to-choose-a-fall-detection-system-for-seniors/

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which means you can wear it in the shower and outside in the elements. That said, don't submerge it, as the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate location of your loved one.



**Water Resistant**
Wear while showering, washing hands, or watering plants for 24/7 protection.





**Pedometer**
Track step count to monitor daily activity and help improve physical well-being.



**Weather Forecast**
Use your Sidekick Smart to check the weather at any time.



https://www.lifestation.com/pdp-sidekick-smart/

## Sidekick Smart Wearable Medical Alert Smartwatch

 *3,400+ 5 Star Reviews*

**Stay safe and connected—without sacrificing style.** The LifeStation Sidekick Smart is a sleek, smartwatch-style medical alert system designed specifically for older adults. With 24/7 emergency monitoring, GPS location tracking, step counting, heart rate monitoring, and weather updates, it delivers powerful protection in a wearable you'll actually want to wear.

https://www.lifestation.com/pdp-sidekick-smart/

## Location Targeting
Faster, more reliable positioning

When a fall happens, seconds matter! With LifeStation's proprietary location technology, we capture and relay the user's exact location to loved ones and 24/7 emergency services so they can find you quickly.

Our proprietary combination of GPS, WiFi and Bluetooth signals deliver pinpoint location accuracy (even indoors) for faster, more precise, reliable service.

https://www.lifestation.com/pdp-sidekick-smart/

### How It Works

Lifestation offers both in-home and mobile medical alert systems with personal plans starting at $32.95 each month. These plans include 24/7 access to certified care specialists at monitoring centers in New Jersey and Texas.

In the event of an emergency, users press the help button to connect with a specially trained Lifestation care specialist, who can then contact the proper emergency response team for assistance. If the user is unable to speak, they can still press the button and a care specialist will connect them with a preselected contact they provide during system setup. The company offers translation services in Spanish and many other languages. Dispatch protocols are personalized, meaning care specialists don't automatically call 911.  Rather, they can instead contact preselected family members and friends.

https://portal.nccdp.org/www-forbes-com-health-healthy-aging-lifestation-review.pdf

**SIDEKICK SMART WEARABLE MEDICAL ALERT**

For the adult who wants to skip the pendant but still wants the alert capabilities, the Sidekick Smart could be the solution. This wearable medical alert smartwatch does more than just contact emergency assistance. It also tracks daily steps, helps with weather forecasting, and monitors heart rate where accuracy and precision are very important.

The watch itself is stylish with a simple black band and a square face with a customer friendly user interface. To call emergency services, the user simply needs to push a button on the side of the watch and speak into the watch to ask for assistance. Another button can toggle between the heart rate monitor and pedometer features. Similar to the Sidekick pendant, the Sidekick Smart is water-resistant and can go into the shower safely but should not be worn in a pool or anywhere it would be submerged. For best results, the Sidekick Smart should be charged daily. The Sidekick Smart watch and services begin at less than a $45 payment per month.

https://www.medicalalertadvice.com/articles/lifestations-new-sidekick-mobile-alert-and-sidekick-smart-smartwatch/



## In Case of Emergency

If you need assistance, press and **HOLD** the Home Button until you hear the emergency alert message.

**MAKE AN EMERGENCY CALL**

Speak directly at the face of the watch when you are connected to emergency support.

https://www.lifestation.com/wp-content/uploads/2022/01/SIDEKICK-SMARTWATCH.pdf



https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w

Find My Loved One adds an extra layer of reassurance by letting you check in with a simple text message. Whenever worry creeps in, you can instantly see your loved one's location while they're wearing their mobile medical alert button.

https://www.lifestation.com/pdp-sidekick-smart/

All medical alert services answer the call during an emergency. With LifeStation, we go a step further.

If requested, our trained care specialists remain on the line from the moment the button is pressed until help arrives. A fall can be frightening, especially when someone is hurt and alone. Continuous reassurance lets your loved one know they're not facing that moment by themselves. LifeStation stays connected, offering calm guidance and comfort while support is on the way.

https://www.lifestation.com/pdp-sidekick-smart/

Do I need any other devices to get help during an emergency?

No. LifeStation's Sidekick Smart is a complete solution. All LifeStation technology is built directly into the medical monitoring device so you press the emergency alert button and talk directly with our LifeStation monitoring center in the event of an emergency.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.lifestation.com/pdp-sidekick-smart/

## Key Features: Excellent Apps

### Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device. It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

The system features a GPS that tracks the wearer's current location. That means that when you're away from home, the watch can tell emergency operators your exact location.

### User interface

The Sidekick Smart operates with a one-button design. Press the button once to wake the watch.

Press and hold the button for 5 seconds to trigger an alert. If you do this accidentally, you can tap the screen to cancel.

Once the watch is awake, you can use its easy tap-and-swipe interface to access its apps.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

| | |
|---|---|
| | Sidekick Smart runs on AT&T's network with GPS and Wi-Fi tracking. That means help can be sent no matter where you are, whether you're taking a jog, golfing, or running errands. If you need assistance, simply tap the "emergency call" button on the touch screen or hold down the knob on the side of the watch to connect to the monitoring center.<br><br>https://www.seniorliving.org/medical-alert-systems/lifestation/reviews/<br><br>Press and hold the LifeStation Smart power button on the right side for a few seconds to initiate a call to LifeStation's 24/7 emergency response center. If you press the button by accident, you can cancel the call by pressing the red X. A microphone and speaker on the back of the watch enable two-way communication with the emergency center. The heart rate sensor and battery charging contacts also sit on the back.<br><br>https://www.pcmag.com/reviews/lifestation-sidekick-smart<br><br>Conversations sounded clear and adequately loud in testing. The emergency response agents were always professional and friendly, and they provided my exact location every time.<br><br>https://www.pcmag.com/reviews/lifestation-sidekick-smart |
| making a plurality of attempts to determine the physical location of the VoIP phone, each using a separate location | The accused product discloses making a plurality of attempts (e.g., attempts corresponding to different location services such as GPS, Wi-Fi, Bluetooth network, etc.) to determine the physical location (e.g., current location) of the VoIP phone (e.g., the accused product), each using a separate location detection technology ("LDT") (e.g., |

| detection technology ("LDT"): | location detection technologies such as GPS, Wi-Fi, Bluetooth network, etc.).

As shown, the accused product includes 4G LTE calling feature thereby acting as a VOIP phone. The accused product also includes an emergency help button, a Hard Fall detection feature, etc. When the emergency help button is pressed for 5 seconds or a fall incident is detected via its sensors, a call is automatically placed to an emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring centre, etc., and plurality of attempts are made simultaneously to determine the current location of the user using various location detection technologies such as cellular, Wi-Fi, Bluetooth network, etc.

 |

https://www.youtube.com/watch?v=3vt5-xfVrK0

**Medical Alert Smartwatch (e.g., LifeStation's Sidekick Smart)**

- Looks and feels like a modern smartwatch — clean design, discreet on the wrist
- Offers built-in fall detection, GPS tracking, and 2-way voice communication
- Can include step tracking and heart rate monitor
- Needs regular charging, typically every 1–2 days
- Best for parents who are tech-comfortable and won't resist wearing a wrist device

Example: Your mom walks every morning and likes keeping track of her steps. She's used to wearing a Fitbit. The Sidekick Smart gives her the same feel — but now, if she slips on the sidewalk, the device can automatically call for help and tell responders exactly where she is.

https://www.lifestation.com/how-to-choose-a-fall-detection-system-for-seniors/

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which means you can wear it in the shower and outside in the elements. That said, don't submerge it, as the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate location of your loved one.



**Pedometer**
Track step count to monitor daily activity and help improve physical well-being.



**Water Resistant**
Wear while showering, washing hands, or watering plants for 24/7 protection.



**Weather Forecast**
Use your Sidekick Smart to check the weather at any time.





https://www.lifestation.com/pdp-sidekick-smart/

# Sidekick Smart
# Wearable Medical Alert Smartwatch

 *3,400+ 5 Star Reviews*

**Stay safe and connected—without sacrificing style.** The LifeStation Sidekick Smart is a sleek, smartwatch-style medical alert system designed specifically for older adults. With 24/7 emergency monitoring, GPS location tracking, step counting, heart rate monitoring, and weather updates, it delivers powerful protection in a wearable you'll actually want to wear.

https://www.lifestation.com/pdp-sidekick-smart/

## Location Targeting
### Faster, more reliable positioning

When a fall happens, seconds matter! With LifeStation's proprietary location technology, we capture and relay the user's exact location to loved ones and 24/7 emergency services so they can find you quickly.

Our proprietary combination of GPS, WiFi and Bluetooth signals deliver pinpoint location accuracy (even indoors) for faster, more precise, reliable service.

https://www.lifestation.com/pdp-sidekick-smart/

### How It Works

Lifestation offers both in-home and mobile medical alert systems with personal plans starting at $32.95 each month. These plans include 24/7 access to certified care specialists at monitoring centers in New Jersey and Texas.

In the event of an emergency, users press the help button to connect with a specially trained Lifestation care specialist, who can then contact the proper emergency response team for assistance. If the user is unable to speak, they can still press the button and a care specialist will connect them with a preselected contact they provide during system setup. The company offers translation services in Spanish and many other languages. Dispatch protocols are personalized, meaning care specialists don't automatically call 911. Rather, they can instead contact preselected family members and friends.

https://portal.nccdp.org/www-forbes-com-health-healthy-aging-lifestation-review.pdf

**SIDEKICK SMART WEARABLE MEDICAL ALERT**

For the adult who wants to skip the pendant but still wants the alert capabilities, the Sidekick Smart could be the solution. This wearable medical alert smartwatch does more than just contact emergency assistance. It also tracks daily steps, helps with weather forecasting, and monitors heart rate where accuracy and precision are very important.

The watch itself is stylish with a simple black band and a square face with a customer friendly user interface. To call emergency services, the user simply needs to push a button on the side of the watch and speak into the watch to ask for assistance. Another button can toggle between the heart rate monitor and pedometer features. Similar to the Sidekick pendant, the Sidekick Smart is water-resistant and can go into the shower safely but should not be worn in a pool or anywhere it would be submerged. For best results, the Sidekick Smart should be charged daily. The Sidekick Smart watch and services begin at less than a $45 payment per month.

https://www.medicalalertadvice.com/articles/lifestations-new-sidekick-mobile-alert-and-sidekick-smart-smartwatch/

## In Case of Emergency

If you need assistance, press and **HOLD** the Home Button until you hear the emergency alert message.



MAKE AN EMERGENCY CALL

Speak directly at the face of the watch when you are connected to emergency support.

https://www.lifestation.com/wp-content/uploads/2022/01/SIDEKICK-SMARTWATCH.pdf



https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w

**Do I need any other devices to get help during an emergency?**

No. LifeStation's Sidekick Smart is a complete solution. All LifeStation technology is built directly into the medical monitoring device so you press the emergency alert button and talk directly with our LifeStation monitoring center in the event of an emergency.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.lifestation.com/pdp-sidekick-smart/

## Key Features: Excellent Apps

### Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device. It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

The system features a GPS that tracks the wearer's current location. That means that when you're away from home, the watch can tell emergency operators your exact location.

### User interface

The Sidekick Smart operates with a one-button design. Press the button once to wake the watch.

Press and hold the button for 5 seconds to trigger an alert. If you do this accidentally, you can tap the screen to cancel.

Once the watch is awake, you can use its easy tap-and-swipe interface to access its apps.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

| | |
|---|---|
| | Sidekick Smart runs on AT&T's network with GPS and Wi-Fi tracking. That means help can be sent no matter where you are, whether you're taking a jog, golfing, or running errands. If you need assistance, simply tap the "emergency call" button on the touch screen or hold down the knob on the side of the watch to connect to the monitoring center.<br><br>https://www.seniorliving.org/medical-alert-systems/lifestation/reviews/<br><br>Press and hold the LifeStation Smart power button on the right side for a few seconds to initiate a call to LifeStation's 24/7 emergency response center. If you press the button by accident, you can cancel the call by pressing the red X. A microphone and speaker on the back of the watch enable two-way communication with the emergency center. The heart rate sensor and battery charging contacts also sit on the back.<br><br>https://www.pcmag.com/reviews/lifestation-sidekick-smart |
| if an attempt is successful, storing the physical location determined using the corresponding LDT; | The accused product discloses if an attempt (e.g., attempt to obtain current location of the accused product) is successful (e.g., current location is determined), storing the physical location determined (e.g., determined current location) using the corresponding LDT (e.g., GPS, Wi-Fi, Bluetooth network, etc.).<br><br>As shown, the accused product includes 4G LTE calling feature thereby acting as a VOIP phone. The accused product also includes an emergency help button, a Hard Fall detection feature, etc. When the emergency help button is pressed for 5 seconds or a fall incident is detected via its sensors, a call is automatically placed to an emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring |

centre, etc., and plurality of attempts are made simultaneously to determine the current location of the user using various location detection technologies such as GPS, Wi-Fi, Bluetooth network, etc. Upon successfully determining the current location of the accused product, the determined location is stored on the LifeStation servers.



https://www.youtube.com/watch?v=3vt5-xfVrK0

**Medical Alert Smartwatch (e.g., LifeStation's Sidekick Smart)**

- Looks and feels like a modern smartwatch — clean design, discreet on the wrist
- Offers built-in fall detection, GPS tracking, and 2-way voice communication
- Can include step tracking and heart rate monitor
- Needs regular charging, typically every 1–2 days
- Best for parents who are tech-comfortable and won't resist wearing a wrist device

Example: Your mom walks every morning and likes keeping track of her steps. She's used to wearing a Fitbit. The **Sidekick Smart** gives her the same feel — but now, if she slips on the sidewalk, the device can automatically call for help and tell responders exactly where she is.

https://www.lifestation.com/how-to-choose-a-fall-detection-system-for-seniors/

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which means you can wear it in the shower and outside in the elements. That said, don't submerge it, as the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate location of your loved one.



**Pedometer**
Track step count to monitor daily activity and help improve physical well-being.



**Water Resistant**
Wear while showering, washing hands, or watering plants for 24/7 protection.





**Weather Forecast**
Use your Sidekick Smart to check the weather at any time.



https://www.lifestation.com/pdp-sidekick-smart/

# Sidekick Smart
# Wearable Medical Alert
# Smartwatch

 *3,400+ 5 Star Reviews*

**Stay safe and connected—without sacrificing style.** The LifeStation Sidekick Smart is a sleek, smartwatch-style medical alert system designed specifically for older adults. With 24/7 emergency monitoring, GPS location tracking, step counting, heart rate monitoring, and weather updates, it delivers powerful protection in a wearable you'll actually want to wear.

https://www.lifestation.com/pdp-sidekick-smart/

## Location Targeting
Faster, more reliable positioning

When a fall happens, seconds matter! With LifeStation's proprietary location technology, we capture and relay the user's exact location to loved ones and 24/7 emergency services so they can find you quickly.

Our proprietary combination of GPS, WiFi and Bluetooth signals deliver pinpoint location accuracy (even indoors) for faster, more precise, reliable service.

https://www.lifestation.com/pdp-sidekick-smart/

### How It Works

Lifestation offers both in-home and mobile medical alert systems with personal plans starting at $32.95 each month. These plans include 24/7 access to certified care specialists at monitoring centers in New Jersey and Texas.

In the event of an emergency, users press the help button to connect with a specially trained Lifestation care specialist, who can then contact the proper emergency response team for assistance. If the user is unable to speak, they can still press the button and a care specialist will connect them with a preselected contact they provide during system setup. The company offers translation services in Spanish and many other languages. Dispatch protocols are personalized, meaning care specialists don't automatically call 911. Rather, they can instead contact preselected family members and friends.

https://portal.nccdp.org/www-forbes-com-health-healthy-aging-lifestation-review.pdf

### SIDEKICK SMART WEARABLE MEDICAL ALERT

For the adult who wants to skip the pendant but still wants the alert capabilities, the Sidekick Smart could be the solution. This wearable medical alert smartwatch does more than just contact emergency assistance. It also tracks daily steps, helps with weather forecasting, and monitors heart rate where accuracy and precision are very important.

The watch itself is stylish with a simple black band and a square face with a customer friendly user interface. To call emergency services, the user simply needs to push a button on the side of the watch and speak into the watch to ask for assistance. Another button can toggle between the heart rate monitor and pedometer features. Similar to the Sidekick pendant, the Sidekick Smart is water-resistant and can go into the shower safely but should not be worn in a pool or anywhere it would be submerged. For best results, the Sidekick Smart should be charged daily. The Sidekick Smart watch and services begin at less than a \$45 payment per month.

https://www.medicalalertadvice.com/articles/lifestations-new-sidekick-mobile-alert-and-sidekick-smart-smartwatch/



## In Case of Emergency

If you need assistance, press and **HOLD** the Home Button until you hear the emergency alert message.

**MAKE AN EMERGENCY CALL**

Speak directly at the face of the watch when you are connected to emergency support.

https://www.lifestation.com/wp-content/uploads/2022/01/SIDEKICK-SMARTWATCH.pdf



https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w

**Do I need any other devices to get help during an emergency?**

No. LifeStation's Sidekick Smart is a complete solution. All LifeStation technology is built directly into the medical monitoring device so you press the emergency alert button and talk directly with our LifeStation monitoring center in the event of an emergency.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.lifestation.com/pdp-sidekick-smart/

## Key Features: Excellent Apps

### Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device. It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

The system features a GPS that tracks the wearer's current location. That means that when you're away from home, the watch can tell emergency operators your exact location.

### User interface

The Sidekick Smart operates with a one-button design. Press the button once to wake the watch.

Press and hold the button for 5 seconds to trigger an alert. If you do this accidentally, you can tap the screen to cancel.

Once the watch is awake, you can use its easy tap-and-swipe interface to access its apps.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

| | |
|---|---|
| | Sidekick Smart runs on AT&T's network with GPS and Wi-Fi tracking. That means help can be sent no matter where you are, whether you're taking a jog, golfing, or running errands. If you need assistance, simply tap the "emergency call" button on the touch screen or hold down the knob on the side of the watch to connect to the monitoring center.<br><br>https://www.seniorliving.org/medical-alert-systems/lifestation/reviews/<br><br>Press and hold the LifeStation Smart power button on the right side for a few seconds to initiate a call to LifeStation's 24/7 emergency response center. If you press the button by accident, you can cancel the call by pressing the red X. A microphone and speaker on the back of the watch enable two-way communication with the emergency center. The heart rate sensor and battery charging contacts also sit on the back.<br><br>https://www.pcmag.com/reviews/lifestation-sidekick-smart |
| placing a call to the emergency services call center with the VoIP phone; and | The accused product discloses placing a call (e.g., automatically placing an emergency call by pressing an emergency help button) to the emergency services call center (e.g., 24 /7 emergency service centre, LifeStation monitoring centre, etc.) with the VoIP phone (e.g., the accused product).<br><br>As shown, the accused product includes 4G LTE calling feature thereby acting as a VOIP phone. The accused product also includes an emergency help button, a Hard Fall detection feature, etc. When the emergency help button is pressed for 5 seconds or a fall incident is detected, a call is automatically placed to an emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring centre, etc. |

**Medical Alert Smartwatch (e.g., LifeStation's Sidekick Smart)**

- Looks and feels like a modern smartwatch — clean design, discreet on the wrist
- Offers built-in fall detection, GPS tracking, and 2-way voice communication
- Can include step tracking and heart rate monitor
- Needs regular charging, typically every 1–2 days
- Best for parents who are tech-comfortable and won't resist wearing a wrist device

Example: Your mom walks every morning and likes keeping track of her steps. She's used to wearing a Fitbit. The **Sidekick Smart** gives her the same feel — but now, if she slips on the sidewalk, the device can automatically call for help and tell responders exactly where she is.

https://www.lifestation.com/how-to-choose-a-fall-detection-system-for-seniors/

**How It Works**

Lifestation offers both in-home and mobile medical alert systems with personal plans starting at $32.95 each month. These plans include 24/7 access to certified care specialists at monitoring centers in New Jersey and Texas.

In the event of an emergency, users press the help button to connect with a specially trained Lifestation care specialist, who can then contact the proper emergency response team for assistance. If the user is unable to speak, they can still press the button and a care specialist will connect them with a preselected contact they provide during system setup. The company offers translation services in Spanish and many other languages. Dispatch protocols are personalized, meaning care specialists don't automatically call 911.  Rather, they can instead contact preselected family members and friends.

https://portal.nccdp.org/www-forbes-com-health-healthy-aging-lifestation-review.pdf

### SIDEKICK SMART WEARABLE MEDICAL ALERT

For the adult who wants to skip the pendant but still wants the alert capabilities, the Sidekick Smart could be the solution. This wearable medical alert smartwatch does more than just contact emergency assistance. It also tracks daily steps, helps with weather forecasting, and monitors heart rate where accuracy and precision are very important.

The watch itself is stylish with a simple black band and a square face with a customer friendly user interface. To call emergency services, the user simply needs to push a button on the side of the watch and speak into the watch to ask for assistance. Another button can toggle between the heart rate monitor and pedometer features. Similar to the Sidekick pendant, the Sidekick Smart is water-resistant and can go into the shower safely but should not be worn in a pool or anywhere it would be submerged. For best results, the Sidekick Smart should be charged daily. The Sidekick Smart watch and services begin at less than a \$45 payment per month.

https://www.medicalalertadvice.com/articles/lifestations-new-sidekick-mobile-alert-and-sidekick-smart-smartwatch/



How the Sidekick Smart Works

| 1 Press your device's help button | 2 We answer your call in seconds | 3 Quickly assess the situation | 4 Help is on the way |

https://www.lifestation.com/pdp-sidekick-smart/

## Key Features: Excellent Apps

### Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device. It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

The system features a GPS that tracks the wearer's current location. That means that when you're away from home, the watch can tell emergency operators your exact location.

### User interface

The Sidekick Smart operates with a one-button design. Press the button once to wake the watch.

Press and hold the button for 5 seconds to trigger an alert. If you do this accidentally, you can tap the screen to cancel.

Once the watch is awake, you can use its easy tap-and-swipe interface to access its apps.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

Sidekick Smart runs on AT&T's network with GPS and Wi-Fi tracking. That means help can be sent no matter where you are, whether you're taking a jog, golfing, or running errands. If you need assistance, simply tap the "emergency call" button on the touch screen or hold down the knob on the side of the watch to connect to the monitoring center.

https://www.seniorliving.org/medical-alert-systems/lifestation/reviews/

Press and hold the LifeStation Smart power button on the right side for a few seconds to initiate a call to LifeStation's 24/7 emergency response center. If you press the button by accident, you can cancel the call by pressing the red X. A microphone and speaker on the back of the watch enable two-way communication with the emergency center. The heart rate sensor and battery charging contacts also sit on the back.

https://www.pcmag.com/reviews/lifestation-sidekick-smart



https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w

| | |
|---|---|
| |  https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w<br><br>Do I need any other devices to get help during an emergency?<br><br>No. LifeStation's Sidekick Smart is a complete solution. All LifeStation technology is built directly into the medical monitoring device so you press the emergency alert button and talk directly with our LifeStation monitoring center in the event of an emergency.<br><br>https://www.lifestation.com/pdp-sidekick-smart/ |
| automatically transmitting the physical location of the VoIP | The accused product discloses automatically transmitting (e.g., automatically sending) the physical location (e.g., current location) of the VoIP phone (e.g., the accused product) to the emergency services call center (e.g., 24/7 emergency service centre, LifeStation |

| phone to the emergency services call center. | monitoring centre, etc.).<br><br>As shown, the accused product includes 4G LTE calling feature thereby acting as a VOIP phone. The accused product also includes an emergency help button, a Hard Fall detection feature, etc. When the emergency help button is pressed for 5 seconds or a fall incident is detected via its sensors, a call is automatically placed to an emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring centre, etc. The current location of the accused product is then determined using location services such as GPS, Wi-Fi, Bluetooth network, etc., and is automatically transmitted to the emergency services call center, such as 24/7 emergency service centre, LifeStation monitoring centre, etc.<br><br> |

https://www.lifestation.com/pdp-sidekick-smart/



## Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device.

It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

### LifeStation Sidekick Smart Specs

| | |
|---|---|
| **Price Per Month** | $43.95 |
| **Fall Detection** | N/A |
| **Connectivity** | Cellular |
| **Battery Life** | 24 hours |
| **Rated Pendant Range** | N/A |

https://www.pcmag.com/reviews/lifestation-sidekick-smart

About | Full Technical Specs

LifeStation Sidekick Smart comes equipped with the following features:

- 4G Network – Includes 4G LTE cellular data connection that operates nationwide.
- Heart Rate Monitor – Built-in heart rate monitor allows you to check your heart rate anytime.
- Pedometer – Built-in pedometer tracks your steps, helping you live a more active, healthy lifestyle.
- GPS – GPS positioning pinpoints your exact location to send emergency services when needed.
- Water Resistant – Water-resistant for use in the shower, while washing hands, watering plants, etc.
- 2-Way Communication – Allows you to speak with our US-based Emergency Monitoring Center by talking directly into the watch.

https://www.lifestation.com/pdp-sidekick-smart/



The LifeStation Sidekick Smart also features fall detection technology.

https://www.youtube.com/watch?v=3vt5-xfVrK0

**Medical Alert Smartwatch (e.g., LifeStation's Sidekick Smart)**

- Looks and feels like a modern smartwatch — clean design, discreet on the wrist
- Offers built-in fall detection, GPS tracking, and 2-way voice communication
- Can include step tracking and heart rate monitor
- Needs regular charging, typically every 1–2 days
- Best for parents who are tech-comfortable and won't resist wearing a wrist device

Example: Your mom walks every morning and likes keeping track of her steps. She's used to wearing a Fitbit. The **Sidekick Smart** gives her the same feel — but now, if she slips on the sidewalk, the device can automatically call for help and tell responders exactly where she is.

https://www.lifestation.com/how-to-choose-a-fall-detection-system-for-seniors/

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which means you can wear it in the shower and outside in the elements. That said, don't submerge it, as the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate location of your loved one.



**Pedometer**
Track step count to monitor daily activity and help improve physical well-being.



**Water Resistant**
Wear while showering, washing hands, or watering plants for 24/7 protection.





**Weather Forecast**
Use your Sidekick Smart to check the weather at any time.



https://www.lifestation.com/pdp-sidekick-smart/

# Sidekick Smart Wearable Medical Alert Smartwatch

 *3,400+ 5 Star Reviews*

**Stay safe and connected—without sacrificing style.** The LifeStation Sidekick Smart is a sleek, smartwatch-style medical alert system designed specifically for older adults. With 24/7 emergency monitoring, GPS location tracking, step counting, heart rate monitoring, and weather updates, it delivers powerful protection in a wearable you'll actually want to wear.

https://www.lifestation.com/pdp-sidekick-smart/

## Location Targeting
Faster, more reliable positioning

When a fall happens, seconds matter! With LifeStation's proprietary location technology, we capture and relay the user's exact location to loved ones and 24/7 emergency services so they can find you quickly.

Our proprietary combination of GPS, WiFi and Bluetooth signals deliver pinpoint location accuracy (even indoors) for faster, more precise, reliable service.

https://www.lifestation.com/pdp-sidekick-smart/

### How It Works

Lifestation offers both in-home and mobile medical alert systems with personal plans starting at $32.95 each month. These plans include 24/7 access to certified care specialists at monitoring centers in New Jersey and Texas.

In the event of an emergency, users press the help button to connect with a specially trained Lifestation care specialist, who can then contact the proper emergency response team for assistance. If the user is unable to speak, they can still press the button and a care specialist will connect them with a preselected contact they provide during system setup. The company offers translation services in Spanish and many other languages. Dispatch protocols are personalized, meaning care specialists don't automatically call 911. Rather, they can instead contact preselected family members and friends.

https://portal.nccdp.org/www-forbes-com-health-healthy-aging-lifestation-review.pdf

### SIDEKICK SMART WEARABLE MEDICAL ALERT

For the adult who wants to skip the pendant but still wants the alert capabilities, the Sidekick Smart could be the solution. This wearable medical alert smartwatch does more than just contact emergency assistance. It also tracks daily steps, helps with weather forecasting, and monitors heart rate where accuracy and precision are very important.

The watch itself is stylish with a simple black band and a square face with a customer friendly user interface. To call emergency services, the user simply needs to push a button on the side of the watch and speak into the watch to ask for assistance. Another button can toggle between the heart rate monitor and pedometer features. Similar to the Sidekick pendant, the Sidekick Smart is water-resistant and can go into the shower safely but should not be worn in a pool or anywhere it would be submerged. For best results, the Sidekick Smart should be charged daily. The Sidekick Smart watch and services begin at less than a $45 payment per month.

https://www.medicalalertadvice.com/articles/lifestations-new-sidekick-mobile-alert-and-sidekick-smart-smartwatch/



https://www.lifestation.com/wp-content/uploads/2022/01/SIDEKICK-SMARTWATCH.pdf



https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w

Find My Loved One adds an extra layer of reassurance by letting you check in with a simple text message. Whenever worry creeps in, you can instantly see your loved one's location while they're wearing their mobile medical alert button.

https://www.lifestation.com/pdp-sidekick-smart/

All medical alert services answer the call during an emergency. With LifeStation, we go a step further.

If requested, our trained care specialists remain on the line from the moment the button is pressed until help arrives. A fall can be frightening, especially when someone is hurt and alone. Continuous reassurance lets your loved one know they're not facing that moment by themselves. LifeStation stays connected, offering calm guidance and comfort while support is on the way.

https://www.lifestation.com/pdp-sidekick-smart/

Do I need any other devices to get help during an emergency?

No. LifeStation's Sidekick Smart is a complete solution. All LifeStation technology is built directly into the medical monitoring device so you press the emergency alert button and talk directly with our LifeStation monitoring center in the event of an emergency.

https://www.lifestation.com/pdp-sidekick-smart/



How the Sidekick Smart Works

1. Press your device's help button
2. We answer your call in seconds
3. Quickly assess the situation
4. Help is on the way

https://www.lifestation.com/pdp-sidekick-smart/

## Key Features: Excellent Apps

### Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device. It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

The system features a GPS that tracks the wearer's current location. That means that when you're away from home, the watch can tell emergency operators your exact location.

### User interface

The Sidekick Smart operates with a one-button design. Press the button once to wake the watch.

Press and hold the button for 5 seconds to trigger an alert. If you do this accidentally, you can tap the screen to cancel.

Once the watch is awake, you can use its easy tap-and-swipe interface to access its apps.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

Sidekick Smart runs on AT&T's network with GPS and Wi-Fi tracking. That means help can be sent no matter where you are, whether you're taking a jog, golfing, or running errands. If you need assistance, simply tap the "emergency call" button on the touch screen or hold down the knob on the side of the watch to connect to the monitoring center.

https://www.seniorliving.org/medical-alert-systems/lifestation/reviews/

Press and hold the LifeStation Smart power button on the right side for a few seconds to initiate a call to LifeStation's 24/7 emergency response center. If you press the button by accident, you can cancel the call by pressing the red X. A microphone and speaker on the back of the watch enable two-way communication with the emergency center. The heart rate sensor and battery charging contacts also sit on the back.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

Conversations sounded clear and adequately loud in testing. The emergency response agents were always professional and friendly, and they provided my exact location every time.

https://www.pcmag.com/reviews/lifestation-sidekick-smart